UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

PETMED EXPRESS, INC.,                    Case No. 03-62019 CIV-Cohn

    Plaintiff,

v.

MEDPETS.COM, INC.,
and SATWANT SINGH,

    Defendants.
_____/

FILED by CM D.C.
AUG 1 6 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

### ORDER ON PETMED EXPRES, INC.'S AGREED MOTION
### FOR BRIEF ENLARGEMENT OF TIME

**THIS CAUSE** is before the Court upon PetMed Express, Inc.'s Agreed Motion for Brief Enlargement of Time (the "Motion"). Upon consideration of the motion and the record in this cause, it is

**ORDERED AND ADJUDGED** the Motion is **GRANTED**. PetMed shall have up to and including August 30, 2004, to serve its response to Defendants' Motion to Set Aside Entry of Default Judgment Against Defendants Under Fed. R. Civ. P. 55(c) and 60(b).

DONE AND ORDERED in chambers at Ft. Lauderdale, Florida this 13TH day of August, 2004.

JUDGE JAMES I. COHN
UNITED STATES DISTRICT COURT JUDGE

c:    counsel of record